# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**JEREMY VIZARO,**

                   **Plaintiff,**

**-vs-**                                                          **Case No.  6:07-cv-1738-Orl-19GJK**

**BARRIERFREE, INC.,**

                   **Defendant.**

_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

    This cause came on for consideration without oral argument on the following motion:

> **MOTION:**    **JOINT NOTICE OF FILING AND JOINT MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT AS STIPULATED FINAL JUDGMENT AND INCORPORATED MEMORANDUM OF LAW (Doc. No. 20)**
>
> **FILED:**    **January 21, 2008**
>
> **THEREON** it is **RECOMMENDED** that the motion be **GRANTED**.

    Plaintiff and Defendant jointly move the Court to approve their settlement of Plaintiff's claims pursuant to the Fair Labor Standards Act ("FLSA").  Defendant Barrierfree, Inc. has agreed to pay a total of $1,500.00 to Plaintiff Jeremy Vizaro as and for unpaid wages, and $1,500.00 as attorneys' fees and costs.  Doc. No. 20 at 3.

    The Court has reviewed the proposed settlement as required by *Lynn's Food Stores, Inc. v. United States, U.S. Dep't of Labor*, 679 F.2d 1350, 1353 (11th Cir. 1982), and finds the settlement is a fair and

reasonable resolution of a bona fide dispute.[1]   The case involved disputed issues of FLSA coverage, which constitute a bona fide dispute.  Each party was represented by independent counsel, who were obligated to vigorously represent their client.

**IT IS RECOMMENDED THAT**:

1.   The Court grant the motion to approve the settlement only to the extent that it is a fair and reasonable resolution of a bona fide dispute; and

2.   The Court dismiss the case with prejudice and direct the Clerk to close the case.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on February 8, 2008.

_____
GREGORY J. KELLY
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

The Honorable Patricia C. Fawsett

---

[1] Both parties urge this Court to approve the settlement, including the amount to be paid to Plaintiff's counsel in fees and costs.  The Court, therefore, finds it unnecessary to inquire into the reasonableness of the hourly rate charged by Plaintiff's counsel, and accepts the parties' stipulation as to the reasonableness of the attorneys' fees and costs.