# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

JEREMY VIZARO,

      Plaintiff,

vs.                                                        CASE NO. 6:07-CV-1738-ORL-19GJK

BARRIERFREE, INC.,

      Defendant.

## ORDER

This case was considered by the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 21, filed February 8, 2008). No objection to said Report and Recommendation was filed. Upon consideration, it is

**ORDERED** that the Report and Recommendation (Doc. No. 21) is **ADOPTED and AFFIRMED.** The Joint Notice of Filing and Joint Motion for Approval of Settlement Agreement as Stipulated Final Judgment and Incorporated Memorandum of Law (Doc. No. 20, filed January 21, 2008) is **GRANTED** only to the extent that it is a fair and reasonable resolution of a bona fide dispute. This case is **DISMISSED,** and the Clerk of Court is directed to **CLOSE THIS CASE.**

**DONE AND ORDERED** at Orlando, Florida, this   27th   day of February, 2008.

_____
PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Counsel of Record

Case 6:07-cv-01738-PCF-GJK   Document 22   Filed 02/27/08   Page 2 of 2 PageID 61